■ In the Matter of EARL M., a Child Alleged to be Abused and/or Neglected. SILVERIO M. et al., Appellants; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [756 NYS2d 572] —Order of disposition, Family Court, New York County (George Jurow, J.), entered on or about February 27, 1998, placing the subject child with petitioner Administration for Children's Services, upon a fact-finding determination that respondents physically abused and neglected the child, unanimously affirmed, without costs.

The findings of physical abuse, excessive corporal punishment and medical neglect are supported by a preponderance of the evidence adduced at the fact-finding hearing, including the child's in-court statements, the child's out-of-court statements to a Board of Education guidance counselor, an emergency room physician and an adult friend, the latter witnesses'

testimony as to the bruises they observed on the child, and the testimony of another physician that X rays revealed a fracture to the jaw consistent with a punch (*see Matter of Yvelize T.*, 302 AD2d 242 [2003]). No basis exists to disturb the Family Court's findings of credibility (*see Matter of Samantha S.*, 296 AD2d 327 [2002]). Concur—Buckley, P.J., Rosenberger, Lerner, Friedman and Gonzalez, JJ.